U.S. Department of Justice
United States Marshals Service

ZI-014100



# DETAINER
## BASED ON VIOLATION OF PROBATION AND/OR SUPERVISED RELEASE

United States Marshal
Eastern District of Wisconsin
*(District)*

517 E. Wisconsin Aveneue
Milwaukee, WI 53202
(414) 297-3707
*(Return Address and Phone)*

*Please type or print neatly:*

TO: MILWAUKEE COUNTY SHERIFF'S OFFICE (CJF)

DATE: 10/25/2021
SUBJECT: YANG, GER
AKA:
DOB/SSN: 05/XX/2000
REF. # 2021014100
USMS #: 12433-509
CR #: 20-CR-185

Please accept this Detainer against the above-named subject who is currently in your custody. The United States District Court for the  Eastern  District of  Wisconsin  has issued an **arrest warrant** charging the subject with **violation of the conditions of probation and/or supervised release.**

Prior to the subject's release from your custody, please notify this office at once so that we may assume custody if necessary. If the subject is transferred from your custody to another detention facility, we request that you forward our Detainer to said facility at the time of transfer and advise this office as soon as possible.

The notice and speedy trial requirements of the Interstate Agreement on Detainers Act do NOT apply to this Detainer, which is based on a **Federal probation/supervised release violation warrant.**

Please acknowledge receipt of this Detainer. Please provide one copy of this Detainer to the subject and ~~FAX~~ one copy to this office at  EMAIL  .
~~FAX No.~~

**RECEIPT**
Date: 10.25.2021
Signed: C. Pawlak
By:
Title: Corr. Ofc.

Very truly yours,

*Yvonne L. Gardner*
*(Signature)*

Hon. Anna M. Ruzinski
*(Name and Title)*

Requested by: Yvonne L. Gardner - Investigative Analyst

Form USM-16D
Rev. 04/05